[No. 15000-0-II.   Division Two.   June 24, 1992.]

*In the Matter of* INFANT G.

Appeal from a judgment of the Superior Court for Thurston County, No. 90-5-00086-7, Paula Casey, J., entered May 20, 1991. *Affirmed* by unpublished opinion per Morgan, A.C.J., concurred in by Alexander, J., and Worswick, J. Pro Tem.

[No. 13837-9-II.   Division Two.   June 24, 1992.]

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, *Respondent*, v. FAITH ENYEART, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 89-2-00013-6, Michael G. Spencer, J., entered March 26, 1990. *Reversed* by unpublished opinion per Petrich, C.J., concurred in by Morgan and Seinfeld, JJ.

[No. 14172-8-II.   Division Two.   June 24, 1992.]

G.A.B. REYGERS, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 89-2-04463-9, Rosanne Buckner, J., entered August 10, 1990. *Affirmed* by unpublished opinion per Alexander, J., concurred in by Petrich, C.J., and Morgan, J.